FORM ntcntry

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:  Case No.: 2:09–bk–02057–SSC

DRIFTWOOD DEVELOPMENT, LLC  Chapter: 7
18843 NORTH 47TH DRIVE
GLENDALE, AZ 85308
**SSAN:**
**EIN:** 65–1215308

Debtor(s)

## NOTICE OF ENTRY OF JUDGMENT OR ORDER

---

You are hereby notified that on March 23, 2009, this Court entered the enclosed judgment or order on the docket for the above–entitled proceeding.

I hereby certify that on this date a copy of this notice and the judgment or order were sent to the Bankruptcy Noticing Center for mailing to the parties and the U.S. Trustee.

**Date: March 23, 2009**

**Address of the Bankruptcy Clerk's Office:**  Clerk of the Bankruptcy Court:
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101  **Brian D. Karth**
Phoenix, AZ 85003–1727
Telephone number: (602) 682–4000
www.azb.uscourts.gov

# CERTIFICATE OF NOTICE

```
District/off: 0970-2          User: murillos          Page 1 of 1          Date Rcvd: Mar 24, 2009
Case: 09-02057                Form ID: ntcntry        Total Served: 2
```

The following entities were served by first class mail on Mar 26, 2009.
```
db         +DRIFTWOOD DEVELOPMENT, LLC,    18843 NORTH 47TH DRIVE,    GLENDALE, AZ 85308-4825
aty         JOSEPH W. CHARLES,    PO BOX 1737,    GLENDALE, AZ  85311-1737
```

The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 26, 2009**                        **Signature:**    *Joseph Speetjens*